IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02917-RBJ-MJW

ALLEN N. QUICK,

    Plaintiff,

v.

GRAND JUNCTION LODGING LLC d/b/a HOLIDAY INN EXPRESS AND SUITES HOTEL, a South Dakota corporation,

    Defendant.

---

## ORDER AMENDING SCHEDULING ORDER
---

THIS MATTER having come before the Court upon **PLAINTIFF'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**, and the Court being fully advised, it is

HEREBY **ORDERED** that the Scheduling Order deadlines for Fed. R. Civ. P. ("Rule") 26(a)(2) disclosures be set as follows:

Initial Rule 26(a)(2) disclosures – May 15, 2014.

Rebuttal Rule 26(a)(2) disclosures – June 15, 2014.

All other deadlines in the Scheduling Order shall remain unchanged.

Dated April 28, 2014

                                        BY THE COURT:

                                        _____

                                        United States Distict Judge